UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**BESTWAY INFLATABLES & MATERIAL CORP.**,

    Plaintiff

v

**JOHN/JANE DOE 1-10**,

    Defendants.

Case No. 20-cv-12002
Hon. Matthew F. Leitman

---

**ORDER GRANTING PLAINTIFF'S MOTION
FOR ALTERNATIVE SERVICE (ECF No. 14)**

THIS MATTER comes before the Court on the Motion for Alternative Service, filed by Plaintiff BESTWAY INFLATABLES & MATERIAL CORP. ("Bestway"). (*See* Mot., ECF No. 14.) The Court having read Bestway's Motion and Brief in Support, and being fully advised in the premises:

For the reasons explained in Bestway's motion and supporting brief, **THE COURT FINDS THAT**:

    A.    Defendants operated at least 10 websites that used one or more of Bestway's registered trademarks in a manner that, among other things, infringed on those marks.

    B.    Defendants are reasonably likely to be located in the United States, China, Singapore, or Canada.

    C.    The Court has discretion to authorize alternative methods of service on defendants located in the United States pursuant to Fed. R. Civ. P. 4(e)(1).

    D.    The Court has discretion to authorize alternative methods of service on defendants located in China, Singapore, or Canada pursuant to Fed. R. Civ. P. 4(f)(3).

    E.    Defendants conduct business using e-commerce sites and utilize e-mail as a significant part of their enterprise.

    F.    Despite reasonable and diligent efforts on the part of Plaintiff, Plaintiff is not able to locate reliable addresses for the Defendants.

    G.    Service via e-mail is the method of service most likely to provide Defendants with actual notice of this suit and to provide Defendants with an opportunity to respond.

    H.    Good cause exists to issue this Order.

    I.    The Court exercises its discretion by issuing this Order.

**THEREFORE, IT IS ORDERED THAT** Bestway's motion for alternative service (ECF No. 14) is **GRANTED**. All papers, pleadings, motions, orders, and other documents, including the Summons & Verified Complaint, may be served upon Defendants via e-mail to the e-mail addresses listed on Schedule A. A copy of this Order shall accompany any document served pursuant to this Order.

    **IT IS SO ORDERED.**

                                              s/Matthew F. Leitman  
                                              MATTHEW F. LEITMAN  
                                              UNITED STATES DISTRICT JUDGE

Dated: October 23, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 23, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda<br>Case Manager<br>(810) 341-9764

## SCHEDULE A

1. seashop.space@outlook.com
2. nkioko5607@gmail.com
3. 2719106806@qq.com
4. 450135854@qq.com
5. 510673072@qq.com
6. dosciesgl@gmail.com
7. 1113143650@qq.com
8. Houstonlittle02@gmail.com
9. txmdqeqzz@gmail.com
10. Jiao77950253821@163.com
11. Alan3Electra@protonmail.com
12. Aqad1234@gmail.com
13. Rwxuj489@163.com
14. SloanHalimsP@aol.com
15. EstellaSilva30433@gmail.com
16. Weng62tongnaobao02@126.com
17. Carrie.jeff@list.ru
18. Renqiaochun1020@126.com